UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLORIVY EDUARDO CLETO,
                              Plaintiff,

                      24 Civ. 1919 (LGS)

            -against-

                      ORDER

COMMISSIONER OF SOCIAL SECURITY,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the order dated March 20, 2024, directed the parties to complete the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge) by April 3, 2024, if both parties consent to proceed before the Magistrate Judge;

      WHEREAS, if either party does not consent, the same order directed the parties to file a joint letter by April 3, 2024, advising the Court that the parties do not consent;

      WHEREAS, neither the completed form nor the joint letter has been filed. It is hereby

      **ORDERED** that, by **April 12, 2024**, the parties shall file either the form or the letter.

Dated: April 9, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE