**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
GLORIVY E.C.,

                  Plaintiff,                            24 **CIVIL** 1919 (GRJ)

        -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Decision & Order dated December 23, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 25) is DENIED; the Commissioner is GRANTED judgment on the pleadings; and this case is DISMISSED. The judgment is entered in favor of the Commissioner; accordingly, this case is closed.

**Dated:**  New York, New York
        December 26, 2024

                                      **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                  **BY:**
                                    _____
                                      **Deputy Clerk**